**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| HUNG SUN, | : | Civil No. 1:25-CV-000972 |
| Plaintiff, | : | |
| v. | : | |
| CHRISTOPHER L. PARIS, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

# MEMORANDUM

Before the court is the report and recommendation of United States Magistrate Judge Phillip J. Caraballo recommending that the court grant Defendants' motion to dismiss and dismiss Plaintiff's complaint without prejudice. (Doc. 23.) No party has filed objections to the report and recommendation, resulting in the forfeiture of de novo review by this court. *Nara v. Frank*, 488 F.3d 187, 194 (3d Cir. 2007) (citing *Henderson v. Carlson*, 812 F.2d 874, 878–79 (3d Cir. 1987)).

Following an independent review of the report and record, and affording "reasoned consideration" to the uncontested portions of the report, *EEOC v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (quoting *Henderson*, 812 F.2d at 879), to "satisfy [the court] that there is no clear error on the face of the record," Fed. R. Civ. P. 72(b), advisory committee notes, the court finds that Judge Caraballo's analysis is well-reasoned and fully supported by the record and

applicable law. Accordingly, the court will adopt the report and recommendation, Doc. 23, grant Defendants' motion to dismiss, Doc. 10, and dismiss the complaint, Doc. 1, without prejudice. An appropriate order follows.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

Dated: September 4, 2026