**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| HUNG SUN, | : | Civil No. 1:25-CV-000972 |
| Plaintiff, | : | |
| v. | : | |
| CHRISTOPHER L. PARIS, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

# ORDER

**AND NOW**, on this 4th day of September, 2026, in accordance with the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1) The report and recommendation, Doc. 23, is **ADOPTED**.

2) Defendants' motion to dismiss, Doc. 10, is **GRANTED**.

3) Plaintiff's complaint, Doc. 1, is **DISMISSED WITHOUT PREJUDICE**. Plaintiff may file an amended complaint consistent with the report and recommendation, Doc. 23, within 21 days of this order. If Plaintiff fails to file an amended complaint, the Clerk of Court shall close this case.

4) This case is referred back to United States Magistrate Judge Phillip J. Caraballo for further pretrial management.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania